# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| THE STATE OF MISSOURI, ex rel. ANDREW BAILEY, in his official capacity as Missouri Attorney General, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, )<br>)<br>)<br>Defendant. ) | Case No. 4:24-cv-1050 |

## JOINT STATUS REPORT

Plaintiff and Defendant respectfully submit this joint status report, pursuant to the Court's October 11, 2024 Order, ECF No. 15.  The parties state as follows:

1. This matter arises from Freedom of Information Act (FOIA) requests submitted by Plaintiff to Defendant, dated June 15, 2022 and March 7, 2024.  The requests relate to domestic transportation of non-citizens by air into Missouri by Defendant.  Upon conferral, the parties agreed that the March 7, 2024 request supersedes the June 15, 2022 request, such that Defendant may satisfy its FOIA obligations in this case by producing a lawful final response to the March 7, 2024 request.

2. The March 7, 2024 request was referred to two components within the U.S. Department of Homeland Security: U.S. Immigration & Customs Enforcement (ICE) and U.S. Customs and Border Protection (CBP).

3. CBP completed its processing of the request and produced a final response to Plaintiff on October 11, 2024.  CBP did not locate any records responsive to the request.

4. As set out in the parties' March 10, 2025 JSR, the parties conferred on the scope and parameters of the March 7, 2024 request and reached agreement on a construal of that request. Pursuant to that construal, ICE has completed a search for responsive records and is processing those records to enable a final response.

5. In accordance with the Court's October 11, 2024 Order, the parties plan to file another joint status report on or by July 8, 2025.

Dated: May 9, 2025

Respectfully submitted,

ANDREW BAILEY
Missouri Attorney General

/s/ Todd A. Scott
Todd A. Scott, MO Bar #56614
Senior Counsel

/s/ Andrew J. Crane
Andrew J. Crane, MO Bar #68017
Assistant Attorney General
Missouri Attorney General's Office
P.O. Box 899
Jefferson City, MO 65102
Tel: (573) 751-8366
Fax: (573) 751-0774
E-mail: Todd.Scott@ago.mo.gov

*Counsel for Plaintiff*

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ Christian S. Daniel
Christian S. Daniel, Bar No. 1600226 (DC)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Rm. 12304
Washington, D.C. 20005
Tel: (202) 514-5838
Email: christian.s.daniel@usdoj.gov

*Counsel for Defendant*